UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

NATHAN STEELE on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

No.: 3:11cv60
(VARLAN/GUYTON)

SWS, LLC d/b/a SECUREWATCH
    Defendant.

## STIPULATED ORDER AND FINAL JUDGMENT

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Joint Stipulation of Settlement and Release ("Settlement") attached to the Joint Motion as Exhibit A.

Having reviewed the Settlement Agreement and its Exhibits, the Declarations of Jason R. Bristol and Anthony J. Lazzaro appended to the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, the Settlement Agreement, and its Exhibits, including the proposed allocation of settlement payments, the proposed Service Award to the Representative Plaintiff, and the proposed attorneys' fees and expense reimbursements to Plaintiff's Counsel, as follows:

    1.    The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of former and current Installation Technicians employed by SecureWatch at any time between September 21, 2008 and September 21, 2011.

2. The Settlement will cover Representative Plaintiff Nathan Steele and the 113 Opt-In Party Plaintiffs who joined the Action.

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

4. The Court approves the Settlement Agreement and its Exhibits, and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein.

5. The Court finds that the proposed allocation of Individual Payments is fair and reasonable. The Court approves the proposed distribution of Individual Payments set forth in the Parties' Settlement Agreement (listing the names of all eligible participants and the Individual Payments for which they are eligible.) The Court orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the Service Award to the Representative Plaintiff in recognition of her service in the Action, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

7. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiff's Counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses the claims of Plaintiffs with prejudice, and enters final judgment dismissing them from the Action. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

9. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT IS SO ORDERED this 30th day of January, 2013.**


                                                s/ Thomas A. Varlan  
                                         CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Popli  
      CLERK OF COURT

**SO STIPULATED:**

| **COHEN ROSENTHAL & KRAMER LLP** | **THE LAZZARO LAW FIRM, LLC** |
|---|---|
| /s/ Jason R. Bristol | /s/ Anthony J. Lazzaro |
| Jason R. Bristol (0072989) | Anthony J. Lazzaro (0077962) |
| jbristol@crklaw.com | anthony@lazzarolawfirm.com |
| Thomas A. Downie (0033119) | 920 Rockefeller Building |
| tdownie@crklaw.com | 614 W. Superior Avenue |
| The Hoyt Block Building – Suite 400 | Cleveland, Ohio 44113 |
| 700 West St. Clair Avenue | 216-696-5000 [Telephone] |
| Cleveland, Ohio 44113 | 216-696-7005 [Facsimile] |
| 216-781-7956 [Telephone] | |
| 216-781-8061 [Facsimile] | Attorneys for Plaintiff |

**WOOLF, McCLANE, BRIGHT,  
ALLEN & CARPENTER, PLLC**

By: */s/ J. Keith Coates*  
    J. Chadwick Hatmaker, (BPR #018693)  
    J. Keith Coates, (BPR #025839)  
900 Riverview Tower, Suite 900  
Post Office Box 900  
Knoxville, Tennessee 37901-0900  
(865) 215–1000

Attorneys for Defendant

3

Case 3:11-cv-00060   Document 68   Filed 01/30/13   Page 3 of 3   PageID #: 547